UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| TONY CAMPBELL,<br><br>     Plaintiff - Appellant,<br>v.<br><br>K. McCAY,<br><br>     Defendant - Appellee. | No. 05-16875<br>D.C. No. CV-05-00071-DFL/DAD<br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 3/16/2006